```
                                                                FILED
                                                              MAY 19 2008
                                                            RICHARD W. WIEKING
                                                         CLERK, U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC CHARLES MENDOZA,

    Plaintiff,

    v.

SUPERIOR COURT OF SONOMA COUNTY,

    Defendant.

No. C 08-1556 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for June 24, 2008 has been **continued to July 1, 2008** at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than June 24, 2008.

Dated: May 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARC CHARLES MENDOZA,

    Plaintiff,

v.

SUPERIOR COURT OF SONOMA et al,

    Defendant.

Case Number: CV08-01568 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Charles Mendoza
P.O. Box 252
Kenwood, CA 95452

Dated: May 19, 2008

                Richard W. Wieking, Clerk

                *Lili M. Harrell*
                By: Lili M. Harrell, Deputy Clerk