UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000



June 3, 2008

Via Certified Mail

United States District Court
Middle District of Florida
George C. Young U.S. Courthouse & Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801

RE: JENA GONZALES -v- ASTRAZENECA PHARMACEUTICALS, LP, et al., Case No. C-08-1556-EDL, MDL No. 1769 & MD FL Case No. 6:08-cv-Orl-22DAB

Dear Clerk,

Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record